## UNITED STATES DISTRICT COURT
### Southern District of Indiana
### Evansville Division

| | | |
|---|---|---|
| ROBERT CHENAULT and | ) | |
| LANA CHENAULT | ) | |
|       Plaintiffs | ) | |
| | ) | |
|       vs. | ) | CASE NO.:  3:12-cv-0144-RLY-WGH |
| | ) | |
| JAMES GORIS, M.D.; | ) | |
| DEACONESS HOSPITAL, INC. d/b/a | ) | |
| DEACONESS GATEWAY HOSPITAL; | ) | |
| ORTHOPAEDIC ASSOCIATES, INC. | ) | |
|       Defendants | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties, to wit: Plaintiffs Robert Chenault and Lana Chenault, by counsel Deborah K. Pennington; Defendant Deaconess Hospital, Inc. d/b/a Deaconess Gateway Hospital, by counsel James L. Whitlatch; and, Defendants James Goris, M.D. and Orthopaedic Associates, Inc., by counsel James N. Martin, and hereby stipulate to dismissal of this matter, with prejudice, for the reason that this matter has been settled among the parties

WHEREFORE, the parties respectfully request the Court to dismiss this cause of action with prejudice, and for all other just and proper relief in the premises.

Respectfully submitted,

Date: September 30, 2014        Attorney for Plaintiffs
Robert Chenault and Lana Chenault

*/s/ Deborah K. Pennington*
Deborah K. Pennington, #6559-36
GARAU GERMANO HANLEY
   & PENNINGTON, P.C.
dpenning@gghplaw.com

1

Attorney for Defendant
Deaconess Hospital, Inc.
d/b/a Deaconess Gateway Hospital

*/s/ James L. Whitlatch*
James L. Whitlatch, #2135-53
BUNGER & ROBERTSON
jwhit@lawbr.com

Attorney for Defendants
James Goris, M.D., and Orthopaedic Associates, Inc:

*/s/ James N. Martin*
James N. Martin, #28668-10
WHONSETLER & JOHNSON PLLC
jmartin@whonsetler.com

Joint Motion Prepared and Submitted by:
James L. Whitlatch, #2135-53
BUNGER & ROBERTSON
jwhit@lawbr.com