# UNITED STATES DISTRICT COURT
## Southern District of Indiana
### Evansville Division

| | |
|---|---|
| ROBERT CHENAULT and<br>LANA CHENAULT<br>    Plaintiffs<br><br>    vs.<br><br>JAMES GORIS, M.D.;<br>DEACONESS HOSPITAL, INC. d/b/a<br>DEACONESS GATEWAY HOSPITAL;<br>ORTHOPAEDIC ASSOCIATES, INC.<br>    Defendants | )<br>)<br>)<br>)<br>)   CASE NO.:  3:12-cv-0144-RLY-WGH<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court upon the Stipulation of Dismissal with Prejudice having been filed by counsel for the Parties.

Having reviewed said motion, the Court does now grant the relief requested.

IT IS THEREFORE ORDERED that any and all claims in the above-entitled cause of action shall be, and hereby are, dismissed with prejudice.

SO ORDERED this  1st  day of     October          2014.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record